JOEL SMITH *vs.* SIDNEY E. HARMON.

July 18, 1884.

Practice—Setting Aside Judgment.—*Held,* there was no abuse of discretion in refusing to set aside a judgment.

Plaintiff brought this action in the district court for Crow Wing county to recover the value of goods sold and delivered. The summons was served on September 13, 1883, and, the defendant having failed to appear in the action, judgment by default was entered on October 12, 1883. Defendant had actual notice of the judgment on October 15, 1883, and appeals from an order by *Stearns,* J., made on December 26, 1883, denying a motion to set aside the judgment and for leave to answer.

*E. N. Donaldson,* for appellant.

*Frater & Fernald,* for respondent.

GILFILLAN, C. J. The application to set aside the judgment and for leave to answer was addressed to the discretion of the court below. There is no pretence for saying that there was any abuse of discretion, and the order appealed from must be affirmed.